**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 458 WAL 2017
:
           Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
RICKIE ROBE RICHBURG, :
:
           Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.